UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT GARRETT and DELMA
GARRETT,

    Plaintiffs,

v.                                      Case No:  2:13-cv-95-Ftm-99SPC

DEPUY ORTHOPAEDICS, INC.,
JOHNSON & JOHNSON SERVICES,
INC., JOHNSON & JOHNSON, DEPUY
INTERNATIONAL LIMITED and DEPUY
PRODUCTS, INC.,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion to Stay and for Extension of Time to Respond to the Complaint pending transfer to MDL 2244 (Doc. #9) filed on March 13, 2013.  Defendants seek to stay all proceedings pending transfer and coordination of this action with the Multidistrict Litigation case in the Northern District of Texas concerning other hip implant cases. Plaintiffs have consented to the motion.  Upon review, the relief will be granted for a period of time due to the unpredictability of the transfer issue.

Accordingly, it is now

**ORDERED:**

Defendants' Unopposed Motion to Stay and for Extension of Time to Respond to the Complaint pending transfer to MDL 2244 (Doc. #9) is **GRANTED** to the extent that the case is stayed for a period of **NINETY (90) DAYS** from the date of this Order. If the case is not

otherwise transferred within this time period, the parties may seek to continue the stay upon expiration of the time period.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of March, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record